## PETER FELIX, FOR THE USE OF FIELDING LOWRY,
### *versus* GABRIEL GODFROY, SR.

JOURNAL ENTRIES (1820–22): *Journal 3:* (1) Appearance, right to special bail waived *p. 62; (2) motion for return of writ and rule to plead *p. 194; (3) stipulation for discharge on common bail *p. 217-d; (4) continued *p. 226; (5) leave to amend plea *p. 272; (6) verbal plea of nul tiel record *p. 335; (7) judgment *p. 370.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) affidavit of Charles James Lanman respecting bail; (5) agreement for common bail; (6) plea of nil debet; (7) affidavit of John W. Johnson; (8) precipe for fi. fa.; (9) writ of fi. fa. and return; (10) exemplification of record of Court of Common Pleas, Miami County, Ohio.

*Office Docket*, MS p. 146, c. 62. Recorded in *Book B*, MS pp. 17–20.